U. S. DISTRICT COURT
N. D. OF N. Y.
FILED

**JUN 1 0 2005**

AT_____O'CLOCK_____M
LAWRENCE K. BAERMAN, Clerk
UTICA

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,             :
                                      :
                    Plaintiff         :        Criminal No. 1:03-CR-00430-001/DNH
                                      :
        v.                            :
                                      :
TODD JOSEPH PERRY,                    :
                                      :
                    Defendant         :

## SUPPLEMENTAL ORDER FOR FINE PAYMENT FROM REGISTRY OF THE COURT

Upon consideration of the motion of plaintiff, United States of America, by and through its

attorney GLENN T. SUDDABY, United States Attorney, Northern District of New York, William

H. Pease, of counsel, and this Court being fully advised in the premises:

IT IS HEREBY ORDERED that Larry K. Baerman, Clerk of the United States District Court

for the Northern District of New York, is directed to pay over forthwith to the United States of

America the sum of $5,000.00, belonging to and deposited by or on behalf of defendant, **TODD**

**JOSEPH PERRY**, in the Registry of the Court, in connection with the Appearance Bond posted in

this case, as payment towards the fine imposed against the defendant in the above-captioned criminal

action.

Dated:  June _10_, 2005

_Utica, N.Y._

_____
UNITED STATES DISTRICT JUDGE